1  BARRY J. PORTMAN
   Federal Public Defender
2  DANIEL P. BLANK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant GONZALEZ

8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,           )
11                                     )  No. CR 06-0004 MHP
                   Plaintiff,          )
12                                     )  [PROPOSED] ORDER APPROVING
          v.                           )  WAIVER OF JURY TRIAL
13                                     )  PURSUANT TO RULE 23(a)
   JESUS GONZALEZ-AVINA,               )
14                                     )
                   Defendant.          )
15 _____)

1  With the consent of the government, pursuant to Federal Rule of Criminal Procedure 23(a),
2  Defendant Jesus Gonzalez-Avina respectfully requests approval of the Court to waive his right to a
3  jury trial in favor of a bench trial.

5  DATED: 3/17/06

                                  JESUS GONZALEZ-AVINA

7  DATED: 3/27/06

                                  DANIEL P. BLANK
8                                    Assistant Federal Public Defender
                                  Attorney for Jesus Gonzalez-Avina

10 DATED: 3/27/06

                                  MELINDA BASKER
11                                   Court Appointed Interpreter for Jesus Gonzalez-Avina,
                                  certifying that the above has been translated into Spanish

13 IT IS SO ORDERED.
14 DATED:

                                  MARILYN HALL PATEL
15                                   United States District Judge

16 Approved as to form:

18 AUSA NAHLA RAJAN

[PROPOSED] ORDER APPROVING WAIVER
OF JURY TRIAL PURSUANT TO RULE 23(a)